IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DWAYNE AND NELDA ARCHER                                    PLAINTIFFS

V.                          CASE NO. 4-06-CV-01657

RAGHU SINGH, M.D., et al                                   DEFENDANTS

### ORDER

Come the parties before the Court, and do hereby present this Court with an agreed upon *Order* giving the Plaintiffs up to and through January 18, 2007 in which to respond to Separate Defendant Raghu Singh, M.D.'s *Notice of Removal.*

IT IS SO ORDERED.

*George Howard, Jr.*

January 8, 2007.

Prepared by:

Charles Phillip Boyd, Jr.
The Boyd Law Firm
P.O. Box 3494
Little Rock, AR 72203-3494
(501) 372-0770
(501) 372-1807 facsimile