**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DWAYNE AND NELDA ARCHER**                                                    **PLAINTIFFS**

v.                              **CASE NO. 4-06-CV-01657**

**RAGHU SINGH, M.D.**                                                                        **DEFENDANT**

<u>ORDER</u>

Come the parties before the Court, and do hereby present this Court with an agreed upon *Order* giving the Defendant, Raghu Singh, M.D., up to and through February 8, 2007 in which to respond to Plaintiffs' *Motion to Remand*.

IT IS SO ORDERED.

This 31st day of January, 2007.

_____
HONORABLE GEORGE HOWARD, JR.

Prepared by:

Michelle H. Cauley
Mitchell, Williams, Selig
Gates & Woodyard, PLLC
425 West Capitol, Ste 1800
Little Rock, AR  72201
501-688-8800
501-688-8807 (facsimile)