IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DWAYNE ARCHER, ET AL.                                             PLAINTIFFS

vs.                              CASE NO. **4:06CV1657GH**

RAGHU SINGH, ET AL.                                               DEFENDANTS

## **ORDER**

On motion of the parties, the Rule 26(f) conference is held in abeyance pending a ruling on the motion to remand.

IT IS SO ORDERED this 23rd day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE

-1-