IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEWAYNE AND NELDA ARCHER**                                                                    **PLAINTIFFS**

VS.                                                      CASE NO.   4:06CVC001657 JMM

**RAGHU SINGH, M.D., ET AL**                                                                    **DEFENDANTS**

**ORDER**

Pending before the Court is defendant Singh's Motion to Consolidate.  The Court has reviewed the relevant pleadings and finds that Case No. 4:06CV001657 assigned to this Court and Case No. 4:07CV00450, which is assigned to District Judge G. Thomas Eisele, are related cases which should be consolidated and assigned to this Court.  Because it is a related case, the Clerk of the Court is directed to reassign Case No. 4:07CV000450 to this Court (by chip exchange _____).  Case number 4:06CV001657 is the lead case and all pleadings should be filed in the lead case.

The motion for consolidation is granted (#35).

IT IS SO ORDERED THIS __6__ day of August, 2007.


_____
James M. Moody
United States District Judge