IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEWAYNE AND NELDA ARCHER**                                   **PLAINTIFFS**

**VS.**              **CASE NO. 4:06CV01657 JMM**

**RAGHU SINGH, M.D., ET AL.**                                  **DEFENDANTS**

## AMENDED ORDER

The Court's Order of December 21, 2007 is amended to stated that plaintiff shall be provided the following:

1. The full name and address of each of the defendant Singh's employers on June 23, and 24, 2007 and whether that entity was or is an additional named insured under the policy of insurance attached to Singh's Responses to Discovery;

2. Information as to whether Singh's employer is covered under the insurance policy attached as an *Exhibit* to the defendant Singh's response;

3. The *Registered Agent for Service of Process* of each entity that employed defendant Singh on June 23, and 24, 2007 and is an additional named insured; and

4. If the named insured for the defendant Singh's employer(s) is different than the entity listed as the named insured in the defendant s Responses to Discovery, the plaintiffs shall provide the specific name of the "insured" in question.

This information is to be provided within 10 days of this Order.

Plaintiff's shall have up to, and including, January 14, 2008 to add any additional parties.

IT IS SO ORDERED THIS   26   day of   December  , 2007.

James M. Moody
United States District Judge