IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEWAYNE AND NELDA ARCHER**                              **PLAINTIFFS**

V.                              **4:06CV001657 JMM**

**RAGHU SINGH, M.D.; AND**
**UNITED STATES OF AMERICA**                              **DEFENDANTS**

## ORDER

Pending is Defendant Raghu Singh, M.D.'s Motion for Clarification of the Court's Order Granting Relief from Discovery. Pursuant to Rule 33, all discovery submitted by Plaintiff subsequent to and including Plaintiffs' Fifth Set of Interrogatories and Requests for Production are null and ineffective.

Motion for Clarification (Docket # 138) is GRANTED.

IT IS SO ORDERED this 15th day of September 2008.

_____
James M. Moody
United States District Judge