*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

DWAYNE ARCHER and NELDA ARCHER                                                    PLAINTIFFS

vs.                                    CASE NO. 4:06cv01657 JMM

RAGHU SINGH,                                                                                          DEFENDANTS
WEATHERBY LOCUMS, INC.,
COMPHEALTH ASSOCIATES, INC.,
COMPHEALTH, INC.,
CHG COMPANIES, INC.,
CMS CAPITAL VENTURES, INC.,
WEATHERBY ASSOCIATES, INC.,
WEATHERBY HEALTHCARE,
COMPHEALTH GROUP, INC. and
UNITED STATES OF AMERICA

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter following a settlement conference before Magistrate Judge Jerry W. Cavaneau, the Court finds that this case should be dismissed. The hearing scheduled December 8, 2008 is canceled and the jury trial scheduled February 9, 2009 is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice as to all parties. All pending motions are moot.

The Court retains complete jurisdiction for sixty (60) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 8th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE